IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEANNE MARIE CUNNINGHAM, Administrator for the Estate of Timothy A. Cunningham, deceased; and JEANNE MARIE CUNNINGHAM, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA METHODIST HEALTH SYSTEM, INC., THE NEBRASKA METHODIST HOSPITAL, PHYSICIANS CLINIC, INC., JOHN DOES 1-10, agents, servants and employees of Nebraska Methodist Health System, Inc. and/or The Nebraska Methodist Hospital, whose real names are unknown; JANE DOES 1-10, agents, servants and employees of Nebraska Methodist Health System, Inc. and/or The Nebraska Methodist Hospital, whose real names are unknown; and JOHN M. PARK, M.D.;<br><br>Defendants. | 8:19CV477<br><br>AMENDED<br>CASE PROGRESSION ORDER |

      This matter is before the Court on the Defendant's Unopposed Motion to amend the Case Progression Order as to Defendants' Expert Disclosure Deadline (Filing No. 44). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

      **IT IS ORDERED** that Defendant's Unopposed Motion to amend the Case Progression Order as to Defendants' Expert Disclosure Deadline (Filing No. 44) is granted and the case progression order is amended as follows:

      1)    The status conference scheduled for August 17, 2020 is cancelled.

      2)    The deadlines to identify expert witnesses and to complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

            For the plaintiffs:    **July 31, 2020**
            For the defendants:    **October 15, 2020**

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

3) The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **November 6, 2020**, at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is **November 30, 2020**. Motions to compel written discovery under Rules 33, 34, 36 and 45 must be filed by **December 14, 2020**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

5) The deadline for filing motions to dismiss and motions for summary judgment remains is **December 4, 2020**.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **December 4, 2020**.

7) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, remains **January 29, 2021**.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 29th day of July, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge